**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR HUFF<br><br>    Plaintiff<br><br>vs.<br><br>MANN BRACKEN, L.L.P.<br><br>    Defendant | Case No.: EDCV-09-0382-VAP (RC)<br><br>**[PROPOSED] ORDER** |

    IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

    Dated this __27th___ day of October, 2009.

                                    _/S/ Rosalyn M. Chapman ____
                                   The Honorable Rosalyn M. Chapman